UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 89cr-0969-MMA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; RECALL OUTSTANDING WARRANTS; AND JUDGMENT |
| JESUS GARCIA-BUSTAMANTE (2), | ) | |
| Defendant. | ) | [Doc. No. 68] |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JESUS GARCIA-BUSTAMANTE (2), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that any outstanding warrants for JESUS GARCIA-BUSTAMANTE (2), be recalled.

**IT IS SO ORDERED**.

DATED: April 11, 2012

_____
Hon. Michael M. Anello
United States District Judge